**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-6425**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSEPH JOHNSON, JR., a/k/a Joseph R. Johnson,
a/k/a Joe Johnson,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CR-96-180-A)

───────────────

Submitted:  June 15, 2000          Decided:  June 23, 2000

───────────────

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Joseph Johnson, Jr., Appellant Pro Se.  Charles Philip Rosenberg, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Johnson, Jr., appeals the district court's orders denying his motions for reconsideration of sentence, to reconsider the court's order denying his motion, and for appointment of counsel. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Johnson, No. CR-96-180-A (E.D. Va. Feb. 24 & Mar. 9, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED